**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMARJEET SINGH,           )<br>                                        )<br>            Plaintiff,      )<br>                                        )<br>      v.                           )<br>                                        )<br>JANET NAPOLITANO, et al., )<br>                                        )<br>            Defendants.   ) | No. 1:12-cv-00915-AWI-GSA |

<u>ORDER</u>

Pursuant to Defendants' Consent Motion for Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that Defendants' Answer or other response is due by September 3, 2012.

IT IS SO ORDERED.

Dated:   **August 3, 2012**                    **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE