IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMJEET SINGH,<br><br>　　　　Plaintiff,<br>　v.<br><br>JANET NAPOLIATANO, Secretary of Homeland Security, et al.,<br><br>　　　　Defendants. | 1:12-cv-915  AWI GSA<br><br>ORDER ON DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　Currently pending before the Court are Plaintiff's motion for summary judgment and Defendants' motion to dismiss or alternatively for summary judgment.  Hearing on this matter is set for October 15, 2012.  The Court has reviewed the moving papers and has determined that these matters are suitable for decision without oral argument.  Local Rule 230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 15, 2012, is VACATED, and the parties shall not appear at that time.  As of October 15, 2012, the Court will take the Defendants' motion for summary judgment under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 10, 2012　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE