1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ARMJEET SINGH,** | ) | **1:12-cv-915  AWI GSA** |
| | ) | |
| **Plaintiff**, | ) | |
| **v.** | ) | **ORDER ON DEFENDANTS'** |
| | ) | **MOTIONS TO DISMISS AND** |
| **JANET NAPOLIATANO, Secretary of** | ) | **PLAINTIFF'S MOTION FOR** |
| **Homeland Security, et al.,** | ) | **SUMMARY JUDGMENT** |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

16   Currently pending before the Court are Plaintiff's motion for summary judgment and

17  Defendants' motion to dismiss or alternatively for summary judgment.  Hearing on this matter is

18  set for October 15, 2012.  The Court has reviewed the moving papers and has determined that

19  these matters are suitable for decision without oral argument.  Local Rule 230(h).

20   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 15,

21  2012, is VACATED, and the parties shall not appear at that time.  As of October 15, 2012, the

22  Court will take the Defendants' motion for summary judgment under submission and will

23  thereafter issue its decision.

24  IT IS SO ORDERED.

25
Dated:  ___October 10, 2012___                              _____

26                                                          CHIEF UNITED STATES DISTRICT JUDGE

27
28